PROB 12C
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
# SOUTHERN DISTRICT OF IOWA

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Myles Jordan Maricle Pena   **Case Number:** 4:18-cr-00001

**Name of Sentencing Judicial Officer:** Robert W. Pratt, Senior U.S. District Judge
Stephanie M. Rose, Chief U.S. District Judge (currently)

**Date of Original Sentence:** August 9, 2018

**Original Offense:** 18 U.S.C. §§ 922(j), 924(a)(2) – Unlawful Possession, Receipt, and Sale of a Stolen Firearm

**Original Sentence:** 24 months imprisonment; 36 months supervised release

**Date Original Supervision Commenced:** August 30, 2019

**Date Current Supervision Commenced:** October 29, 2021

**Prior Modification(s)/Revocation(s):** March 17, 2020 – Revoked – Time served; 24 months of supervised release
December 17, 2020 – Revoked – 11 months imprisonment; 25 months of supervised release
May 3, 2022 – 120-day placement at the residential reentry center

## PETITIONING THE COURT

☐   To issue a warrant. (emergency warrant was issued on June 8, 2022, by U.S. Magistrate Judge Adams)

☐   To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. Failure to Comply with the Rules of the Residential Reentry Center | On June 8, 2022, the residential reentry center (RRC) notified this officer that Mr. Pena left the RRC for employment purposes at 1:26 p.m. At 3:45 p.m., Mr. Pena's employment notified the RRC that Mr. Pena did not show up for work. The RRC reported another offender texted Mr. Pena and Mr. Pena stated he was not coming back to the RRC. At this time, Mr. Pena was placed on escape status and his whereabouts are unknown. |

<u>U.S. Probation Officer Recommendation</u>:

The term of supervision should be

    ☒  revoked.

    ☐  extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 9, 2022

by: *Kristina Whitver (signature)*
Kristina Whitver
U.S. Probation Officer

---

The United States Attorney's Office:

☑ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

Jason T. Griess
Assistant United States Attorney

*(signature)*
Signature

---

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☐ The issuance of a summons so a hearing can be held on _____ at _____.

_____
Signature of Judicial Officer

_____
Date